**Appeal Dismissed and Memorandum Opinion filed February 7, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00015-CR

---

## JOVANY JAMPHER PAREDES, Appellant

### V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1241896**

---

## M E M O R A N D U M    O P I N I O N

This is an attempted appeal from an order denying appellant's motion for forensic DNA testing. *See* Tex. Code Crim. App. Proc. Ann. art. 64.05. Because appellant's notice of appeal was untimely, we dismiss the appeal.

The trial court signed an order denying appellant's motion for forensic DNA testing on August 14, 2017. There is verified evidence in the record that suggests appellant did not receive notice of this denial until July 11, 2018.

On August 5, 2018, appellant mailed five motions to the trial court, which were

filed August 16, 2018. One of these motions was a motion for reconsideration of the denial of his request for DNA testing. The trial court denied each of appellant's motions on August 17, 2018. Appellant alleges he did not receive notice of these rulings until December 6, 2018. Appellant's notice of appeal was filed on January 2, 2019.

Appellant's deadline to file his notice of appeal was thirty days after the date that the trial court entered an appealable order, which was the denial of appellant's motion for forensic DNA testing. *See* Tex. R. App. P. 26.2(a)(1); *see also* Tex. Code Crim. Proc. Ann. art. 64.05. Appellant's notice of appeal was not filed within thirty days of the court's denial of his motion for forensic DNA testing. The notice was, therefore, untimely. Because the notice of appeal was not timely filed,[1] we do not have jurisdiction to entertain this appeal. *See Davis v. State*, 502 S.W.3d 803, 803 (Tex. Crim. App. 2016, published order).[2]

Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Zimmerer and Spain
Do Not Publish – Tex. R. App. P. 47.2(b)

---

[1] The Court of Criminal Appeals recently adopted a rule, effective November 1, 2018, of appellate procedure allowing affected defendants to file a motion to gain additional time when they have not received notice of the trial court's order on a motion for forensic DNA testing. *See* Tex. R. App. P. 4.6. Had this new rule been effective in 2017, appellant would have needed to file this motion no later than 120 days after the trial court's denial of his motion for DNA testing—December 12, 2017. *See id.*

[2] In *Davis*, the Court of Criminal Appeals dismissed for want of jurisdiction because the notice of appeal was untimely, stating, "[a]ppellant's recourse is to file [another] motion for DNA testing in the trial court." *Davis*, 502 S.W.3d at 803. The court recognized that Davis was seemingly being placed in a "never-ending loop" of filing a motion, not receiving timely notice that the motion was denied, and not being able to file a timely notice of appeal. *Id.* The court addressed that issue by ordering the trial court and district clerk to provide timely notice to Davis of the denial of DNA testing. *Id.*